IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JACK NEELY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOEL FOBES, Tybee Island Interim )<br>Police Chief, in his official )<br>capacity, CHRISTOPHER WHITE, in )<br>his individual capacity, and )<br>ANTHONY ERRATO, in his individual )<br>capacity, )<br>)<br>Defendants. ) | Case No. CV420-206 |

O R D E R

The captioned case was filed in this Court on August 28, 2020. Upon review, I have determined that I must recuse myself from the case. Accordingly, **IT IS ORDERED** that this case is hereby referred to the Honorable J. Randall Hall, Chief Judge of the Southern District of Georgia, for plenary disposition and possible reassignment

SO ORDERED, this 31ST day of August 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA