IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| JACK NEELY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOEL FOBES, Tybee Island Interim ) <br> Police Chief, in his official capacity; ) <br> CHRISTOPHER WHITE, Tybee Island ) <br> Police Officer, in his individual capacity; and ) <br> ANTHONY ERRATO, Former Tybee Island ) <br> Police Officer, in his individual capacity, ) <br> ) <br> Defendants. ) | CV 420-206 |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' Motion to Dismiss, (doc. no. 32), and **DISMISSES** this case with prejudice. The Court **DIRECTS** the Clerk to enter an appropriate judgment of dismissal and **CLOSE** this civil action.

SO ORDERED this 17th day of June, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA